UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

YENY SEVILA and
ZADY SEVILA,

    Plaintiffs,                                        Case No.:  8:12-CV-2024-SDM-TBM

vs.

THE FIRST LIBERTY
INSURANCE CORPORATION,

    Defendant.

_____/

## **DEFENDANT'S AMENDED NOTICE OF POTENTIAL TRIAL CONFLICT**

PLEASE TAKE NOTICE that the Defendant, THE FIRST LIBERTY INSURANCE CORPORATION, by and through its undersigned attorneys, respectfully files this Notice of Potential Trial Conflict and states as follows:

1. Lead counsel for Defendant, THE FIRST LIBERTY INSURANCE CORPORATION, John V. Garaffa, who is also lead counsel for the Defendant in all of the cases outlined below, has a conflict with this trial period as he is currently scheduled to appear for trial in the following cases during the month of October 2013:

> *Yeny Sevila and Zady Sevila vs. The First Liberty Insurance Corporation*, Case No.:  8:12-cv-2024-T-23EAJ, in the United States District Court, Middle District of Florida, Tampa Division.  The jury trial is on a one month trial term beginning October 1, 2013 and is expected to take 3-4 days. (See doc 18)

> *Lorenzo Sciacchitano and Jean Sciacchitano vs. Liberty Mutual Fire Insurance Company*, Case No.: 8:12-cv-1510-T-TBM, in the United States District Court, Middle District of Florida, Tampa Division.  The jury trial is scheduled to commence on October 15, 2013 and is expected to take 5

days. (A copy of the Scheduling Order for this case is attached as Exhibit A.)

*Renaldo Rangel and Ida Rangel vs. Liberty Mutual Fire Insurance Company*, Case No.: 8:12-cv-1373-T-TBM, in the United States District Court, Middle District of Florida, Tampa Division. The jury trial is scheduled to commence on October 7, 2013 and is expected to take 5 days. (A copy of the Scheduling Order for this case is attached as Exhibit B.)

*Adolph Garcia and Melissa Garcia vs. First Liberty Insurance Corporation*, Case No.: 8:12-cv-771-30TGW, in the United States District Court, Middle District of Florida, Tampa Division. The jury trial is on a one month trial term beginning September 30, 2013 and is expected to take 3-4 days. (A copy of the Scheduling Order for this case is attached as Exhibit C.)

*Franklin T. Evans and Donna D. Evans vs. Liberty Mutual Fire Insurance Company,* Case No.: 12-62304-CIV-ZLOCH, in the United States District Court, Southern District of Florida. The parties must be ready for trial at any time after the pretrial conference, which is scheduled for October 18, 2013. The trial is expected to take 4-5 days. (A copy of the Scheduling Order for this case is attached as Exhibit D.)

*David Argust vs. Liberty Mutual Fire Insurance Company*, Case No.: 8:12-cv-1519-T-AEP, in the United States District Court, Middle District of Florida, Tampa Division. The jury trial is scheduled to commence on October 21, 2013, and is expected to take 4-5 days. (A copy of the Scheduling Order for this case is attached as Exhibit E.)

*Robert Bonitch and Patricia Bonitch vs. Liberty Mutual Fire Insurance Company*, Case No.: 8:12-cv-770-T-26TBM, in the United States District Court, Middle District of Florida, Tampa Division. The jury trial is on a one month trial term beginning September 30, 2013 and is expected to take 3-4 days. (A copy of the Scheduling Order for this case is attached as Exhibit F.)

WHEREFORE, Defendant, THE FIRST LIBERTY INSURANCE CORPORATION, respectfully files this Notice of Potential Trial Conflict.

(Signature block is on the following page.)

<u>s/ John V. Garaffa</u>
JOHN V. GARAFFA, ESQ.
Florida Bar No.: 0554308
jgaraffa@butlerpappas.com
JASON M. SEITZ, ESQ.
Florida Bar No.: 28432
jseitz@butlerpappas.com
Butler Pappas Weihmuller Katz Craig, LLP
777 S. Harbour Island Boulevard, Suite 500
Tampa, Florida  33602
Telephone:   (813) 281-1900
Facsimile:     (813) 281-0900
Attorneys for Defendant

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 11, 2013, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to:

> Thomas W. Thompson
> A. Lee Smith
> The Thompson Trial Group, P.A.
> 4725 North Lois Avenue
> Tampa, FL 33614

>> s/ John V. Garaffa
>> JOHN V. GARAFFA, ESQ.
>> Florida Bar No.: 0554308
>> jgaraffa@butlerpappas.com
>> JASON M. SEITZ, ESQ.
>> Florida Bar No.: 28432
>> jseitz@butlerpappas.com
>> Butler Pappas Weihmuller Katz Craig, LLP
>> 777 S. Harbour Island Boulevard, Suite 500
>> Tampa, Florida  33602
>> Telephone:   (813) 281-1900
>> Facsimile:   (813) 281-0900
>> Attorneys for Defendant